AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:18CR 186 BSM |
| | ) | |
| Henry Wilkins IV | ) | |
| *Defendant* | ) | |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF ARKANSAS — APR 30 2018 — JAMES W. McCORMACK, CLERK — BY: DEPUTY CLERK — IN OPEN COURT*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: April 30, 2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bill Stanley
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States District Judge Brian S. Miller
*Judge's printed name and title*