IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**
Counsel: AUSA Stephanie Mazzanti

Judge: BRIAN S. MILLER
Reporter: Judy Ammons
CRD: L. Purifoy

v.          CASE NO. **4:18CR0186-01 BSM**          Date: April 30, 2018

**HENRY WILKINS IV**
Counsel: Bill Stanley

## MINUTES - FELONY WAIVER & PLEA TO INFORMATION

BEGIN: 2:35 P.M.

__X__ Court convenes for hearing;

__X__ Defendant present with counsel; defendant sworn;

__X__ Court inquires of defendant regarding understanding of proceedings;

__X__ Court inquires of counsel regarding defendant's competency to proceed;

__X__ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

__X__ Defendant waives right to indictment, which the Court finds is voluntary;

__X__ Defendant signs Waiver of Indictment in open court;

__X__ Waiver of Indictment Filed;   __X__ Information filed;   __X__ AUSA and defendant agree that it is not necessary to read Information into the record;

__X__ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

__X__ Plea Agreement filed in open court;

__X__ Government states proof for trial;

__X__ Defendant pleads guilty to Count(s) 1 of Information; plea accepted by the Court;

__X__ Indictment dismissed on motion of government as to this defendant;

__X__ Sentencing date to be set upon completion of presentence report;

__X__ Court signs Order Settings Conditions of Release

_____ Other:_____.

END: 3:00 P.M.